**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6601**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES JOSEPH OWENS,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-78-17, CA-98-33-5-BO)

———————

Submitted:  August 19, 1999        Decided:  August 26, 1999

———————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Joseph Owens, Appellant Pro Se.  Doug Parsons, OFFICE OF THE ATTORNEY GENERAL, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Joseph Owens seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Owens, Nos. CR-78-17; CA-98-33-5-BO (E.D.N.C. Mar. 26, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED